AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Ricky Tony Galloway <br> *Plaintiff* <br> v. <br> Tom Johnson, Jennifer Deshong et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No.    4:10-cv-2039-RBH <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The case is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge. The Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference.

Date:   October 7, 2010                                                 *CLERK OF COURT*


                                                                        s/Debbie Stokes
                                                                        *Signature of Clerk or Deputy Clerk*